**E-filed 11/19/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL MYERS, et al., | Case Number C-02-03169 JF (RS) |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME |
| v. | |
| JANE AIELLO, et al., | [re: docket no. 35] |
| Defendants. | |

    Plaintiffs filed the instant action on July 2, 2002.  On October 29, 2002, this Court granted Defendants' motion to dismiss with leave to amend.  On January 9, 2003, the Court granted Plaintiffs' request for an extension of time within which to file their amended complaint, but Plaintiffs did not file an amended complaint.  On March 5, 2003, the Court granted Defendants' motion for entry of judgment.  Judgment was entered on March 11, 2003.  On June 12, 2003, the Court denied Plaintiffs' request for inclusion of additional parties and for sanctions. Plaintiffs gave notice of intent to file a notice of appeal on July 14, 2003, but they never filed a notice of appeal or paid the filing fee.  On October 29, 2003, Plaintiffs filed a supplemental motion to vacate.  This motion was terminated on August 6, 2004.

1      On September 17, 2007, Plaintiffs filed a document entitled "Motion to Re-open."  On
2 October 23, 2007, the Court denied Plaintiffs' request to re-open the case.  Plaintiffs now seek a
3 thirty (30) day extension of time to file an appeal.  This is more than four years after the entry of
4 final judgment in this case.  As such, Plaintiffs' request is untimely, and the motion will be
5 denied.

7      IT IS SO ORDERED.

10 DATED:  November 19, 2007

             _____
             JEREMY FOGEL
             United States District Judge

Case No. C-02-03169 JF (RS)
ORDER DENYING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
(JFLC3)

1  Copies of this Order have been served upon the following persons:

2

Plaintiff:
3  Daniel Myers
P.O. Box 213
4  Palo Alto, CA 94302

5
Counsel for Defendants:
6  Melissa R. Kiniyalocts
Office of the County Counsel
7  70 West Hedding Street, Ninth Floor, East Wing
San Jose, CA 95110-1770
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C-02-03169 JF (RS)
ORDER DENYING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
(JFLC3)